# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| United States of America, | Civil No. 10-1916 (RHK/JJK) |
| Petitioner, | **ORDER DISMISSING ACTION** |
| v. | |
| Lawrence Gunter, | |
| Respondent. | |

_____

Upon the Motion of the United States (Doc. No. 11), duly served and filed, **IT IS ORDERED** that the above-entitled matter is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P 41(a).

Dated: May 27, 2010

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge